JANUARY 29, 1962

**Reap. Dec. 10159.**—Worthy Chemicals, Inc. *v.* United States, reappraisement R60/9325, etc. ▇▇▇▇▇▇▇▇ Entered at New York, N.Y. Reap. Dec. 10121. Motion by plaintiff.

JANUARY 29, 1962

**Reap. Dec. 10160.**—Mitsubishi Int'l Corp. *v.* United States, reappraisement R60/22867, etc. Reappraisements dismissed December 14, 1961. Entered at Boston, Mass. (Not published.) Motion by plaintiff.